UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO MEDARDO SAQUINAULA
DELEG, et al.,

Plaintiffs,

-against-

CELTIC TILE AND MARBLE LLC, et al.,

Defendants.

**ORDER**

25-CV-10410 (PMH)

PHILIP M. HALPERN, United States District Judge:

According to the docket, the parties were scheduled to participate in a mediation conference on March 27, 2026. The parties are directed to file a letter via ECF advising the Court of the status of this action by April 8, 2026.

SO ORDERED.

Dated: White Plains, New York
        April 1, 2026

_____
Philip M. Halpern
United States District Judge