UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO MEDARDO SAQUINAULA DELEG, et al.,

Plaintiffs,

-against-

CELTIC TILE AND MARBLE LLC, et al.,

Defendants.

**ORDER**

25-CV-10410 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties filed a letter advising the Court that they have reached a settlement in principle. (Doc. 44). Accordingly, it is hereby **ORDERED** that the parties shall file, by **November 30, 2026**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

**SO ORDERED.**

Dated: White Plains, New York
October 28, 2026

PHILIP M. HALPERN
United States District Judge